# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEN J. LEBLANC

VERSUS

WOLF PRAIRIE FARMS, LLC,
KYLE BRATTON, AND CODY
FORTIER

NO.  2022 CW 0595

**AUGUST 12, 2022**

---

In Re:    Wolf  Prairie  Farms,  LLC,  Kyle  Bratton,  and  Cody
          Fortier, applying for supervisory writs, 18th Judicial
          District  Court,  Parish  of  West  Baton  Rouge,  No.
          1047171.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **STAY LIFTED; WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw0_
_____
   DEPUTY CLERK OF COURT
      FOR THE COURT